IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:CR-01-148-01 |
| v. : | |
| : | (Judge Kane) |
| **DARRYL HUGHES** : | |
| Movant : | |

## ORDER

AND NOW, this 30th day of December, 2004, **IT IS HEREBY ORDERED THAT** Attorney Timothy J. O'Connell at 4415 N. Front Street Harrisburg, PA 17110, phone number 717-232-4551, is hereby appointed as counsel for Defendant Darryl Hughes in connection with the above-captioned matter.

_____
Yvette Kane
United States District Judge