FILED
HARRISBURG, PA
MAY 2 3 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Darryl Hughes
REG# 10662-067
FCI Schuylkill
POB 759
Minersville, Pa. 17954

May 18, 2005

The Hon. Judge
Yvette Kane
U.S.D.C.J.
U.S. Federal Middle Dist. Of Penna.
228 Walnut St.
POB 983
Harrisburg, Pa. 17108

RE: APPOINTED COUNSEL
PROBLEM

CASE NO. 1:CR-01-148-01

Dear Judge Kane:

    Some time ago, it was with great appreciation and relief that I had found out that YourHonor had graciously appointed me counsel in the person of Attorney Timothy O'Connell of 4415 N. Front St.* in Harrisburg, Pa. 17110 to repressent me in the above captioned case's appeals process in that I had some very serious and meritorious issues to resolve via same. This took place as per your Order of December 30th, 2004. Well, I have as of yet to hear anything at all from Attorney O'Connell. This is indeed unprofessional and discourteous to say the least. It is also most disturbing to me as the appealing party in that I now have severe doubts about Mr. O'Connell's legal abilities due to the logical fact that if he cannot contact me in approx. 6 months time, what kind of job will he do for me if he does eventually get around to communicating with me.

    I have been super patient and very reasonable in waiting so long. I cannot wait any longer however. I now due to his performance(or perhaps better dire lack of it) do not wish to have Attorney O'Connell represent me. Please appoint another more conscientious attorney for me Judeg Kane. I am sure that you can see my point.

    Please also see the enclosed copies of letters which I have sent to him seeking contact, anything. No results were forthcoming from any of my dillgent letters, nor from my family calling his office, and answering service, etc. from the outside world. I am puzzled and disappointed. I would still however like to enthusiastically proceed with my appeal, and I hope that Attorney O'Connell's actions have not prejudiced me in any way. Please advise. I also know that this is not your fault, in that you truly did try to help me with your previous efforts.

-1-

\* Phone 717-232-4551

Once again I appreciate your efforts on my behalf and I would now respectfully ask that you please investigate this matter and assign me new and more responsive counsel. Unless there are some very highly unusual and outright strange circumstances afoot here which have preveneted Mr. O'Connell from contacting me, such as his death, etc. the situation is most unsula indeed and it is not condicive to proper attorney behavior, especially at the Order of a sitting Federal Judge to the person in question. I find it amazing really.

With enough..said, and trusting in your assistance and compassion, I remain as always seeking to assert my rights and to do what is right. I know that is what you would also do as a matter on conscience.

Respectfully Submitted,

Darryl Hughes
REG# 10662-067
FCI SCHU

Copy

Mr. Darryl Hughes
FCI Schuylkill
c/o REG# 10662-067
POB 759
Minersville, Pa. 17954


March 29, 2005

Attorney Timothy O'Connell
4415 N. Front St.
Harrisburg, Pa. 17110

PH: 717-232-4551

RE: New Attorney
    Assignment.
    For Case No.1:CR-01-148
    [Kane, Y. Judge]    (01)


Dear Attorney O'Connell:

    Having been advised in December of last year that you were via the Middle Dist. Court, assigned to me as my new attorney for the re-opening of the above captioned case, I would at this time respectfully like to inquire as to what progress if any has been made in reference to my case. For example, has the proper and complete case file been forwarded to you from the Court and if so, what is your assessment of the situation.

    You will note that from the previous Court correspondence that I had sent, that I wished to now appeal my sentence time on a variety of logical and valid fronts. Using the recent Supreme Court decision as to enhancements, and fighting the weapon that was wrongly affixed to me as "used in the commission of a drug crime" for example. There are a variety of topics which you can note using my case file and most recent letter(s).

    I also had a friend call your office on my behalf as soon as I was aprised of you name and number, but they were unable to actually connect with you. It is my hope now that you will inform me. Meanwhile, I offer you my vow to work with you and I also await your prompt reply. I will be advising you as to how I wish to proceed on my case in the future, directing you etc. I thank you.

    Very Truly Yours,

Darryl Hughes
REG# 10662-067
FCI SCHU

Darryl Hughes
REG#10662-067
FCI Schuylkill
POB 759
Minersville, Pa. 17954

April 26, 2005

Attorney Timothy O'Connell
4415 N. Front St.
Harrisburg, Pa. 17110

RE: Case No.
    1:CR-01-148
    USFMidD. Pa.
    [Kane,Y.; J]

Dear Attorney O'Connell:

    Having recently sent you a letter inquiring as to the status of my case as per your recent appointment as my attorney in the U.S. Fed. Middle Dist. Court; I was quite disappointed at not having received the least bit of an answer from you regarding this matter. I have become worried as to if perhaps you are actually my attorney or is it some sort of mistake or other oversight by the Court for example. Please advise me as soon as possible as I am preparing to communicate directly with the Court with this dilemma and question by forwarding them my letters to you, etc. via an inquiry.

    If you are indeed the assigned counsel, please contact me directly at your earliest possible convenience, and I apologize if I was somehow in error by contacting your office.

    Should you indeed be the representative for my case, I have a variety of issues and other case related/sentencing issues including enhancements improprieties and alike which I will be presenting to the court. We must act upon these issues as soon as possible as there exists a one-year time window from the Booker, Blakely, etc cases as decided for §2255 presentation, etc. Considering that even though, my issues are very valid, they still must be properly researched and formalized for court presentation.

    If for some reason, your office is for some reason, unable to represent me, please advise so that I might re-petition the Court for counsel, etc. Thanking you so very much for your help, and also mentioning that my family has tried to contact you without success, I remain ...

    Respectfully Yours,

    Darryl Hughes
    REG # 10662-067

    CC: FILE; ENCLOSURE


Darryl Hughes  REG# 10662-067
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

LEGAL MAIL

TO Clerk Of Court For
The Hon. Judge Yvette Kane, USDCJ
U.S. Fed.Mid. Dist. Of Pa. Court
228 Walnut St.
POB 983
Harrisburg, PA. 17108

17108$0583

LEGAL MAIL



