# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:CR-01-148-01 |
| v. | : | |
| | : | (Judge Kane) |
| **DARRYL HUGHES** | : | |
| Movant | : | |

## **ORDER**

**AND NOW**, this 23rd day of August, 2005, **IT IS HEREBY ORDERED THAT** Movant's Motion for Appointment of Alternative Counsel (Doc. No. 50) is **DENIED**.

        S/ Yvette Kane
Yvette Kane
United States District Judge